**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____   Chapter   7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Monarch Health LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4541427 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **344 West Allegan Street**<br>**Otsego, MI 49078**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegan**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Monarch Health LLC**                                    Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor **Monarch Health LLC**  Case number (*if known*)
     Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Monarch Health LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2019
　　　　　　　MM / DD / YYYY

X _/s/ Tommy John Harmon_
Signature of authorized representative of debtor

**Tommy John Harmon**
Printed name

Title   **Member**

**18. Signature of attorney**   X _/s/ Perry G. Pastula_
Signature of attorney for debtor

Date  06/18/2019
　　　　MM / DD / YYYY

**Perry G. Pastula P35588**
Printed name

**Dunn, Schouten & Snoap, P.C.**
Firm name

**2745 DeHoop Ave. SW**
**Wyoming, MI 49509**
Number, Street, City, State & ZIP Code

Contact phone   **616-538-6380**　　　Email address   **ppastula@dunnsslaw.com**

**P35588 MI**
Bar number and State

**CONSENT RESOLUTION OF MEMBERS**

**OF**

**MONARCH HEALTH, LLC**

---

The undersigned, all the members of Monarch Health, LLC ("Company"), acting pursuant to the Michigan Limited Liability Company Act, does hereby take the following action being written consent in lieu of meeting, which action shall be effective as of June 18, 2019.

WHEREAS, the Company has experienced significant financial difficulties in the steel product welding industry; and

WHEREAS, the Company has been unable to pay its creditors in accordance with the terms of their creditor agreements; and

WHEREAS, the Company has experienced significant litigation pressures from the creditors; and

WHEREAS, the Company believes the filing of a Chapter 7 Bankruptcy Petition will allow the Company to wind down its operations;

NOW, THEREFORE, the members of this Company hereby adopt the following resolutions by written consent:

"BE IT RESOLVED, that the Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Voluntary Bankruptcy case on behalf of the Company in the Western District of Michigan Bankruptcy Court."

"BE IT FURTHER RESOLVED, that this Company is authorized and directed to appear at all bankruptcy proceedings on behalf of the Company, and to otherwise perform all acts and deeds to execute and deliver all documents necessary on behalf of the Company in connection with said bankruptcy case."

"BE IT FURTHER RESOLVED, that Dana E Harmon and/or Tommy J Harmon, jointly or severally are authorized to execute the appropriate bankruptcy documents."

1

"BE IT FURTHER RESOLVED, that the Company is authorized and directed to employ Perry G. Pastula as lead attorney, and the law firm of Dunn, Schouten & Snoap, PC, to represent the Company in such bankruptcy case."

"BE IT FURTHER RESOLVED, that any member of this Company be and is authorized and empowered to certify the passage of these resolutions."

Executed on this 18th day of June, 2019

By: _____
Dana E. Harmon
Member


By: _____
Tommy J. Harmon
Member

## United States Bankruptcy Court
### Western District of Michigan

In re    **Monarch Health LLC**                          Case No.      

                                                     Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _June 18, 2019_          _/s/ Tommy John Harmon_

Tommy John Harmon/Member
Signer/Title

```
BUTLER TOWESON & PAYSENO, PLLC
202 NORTH RIVER VIEW DRIVE
KALAMAZOO MI 49004


DANA E HARMON
10151 PINE LAKE ROAD
DELTON MI 49046-9448


FIRE PROS
2710 NORTHRIDGE DR. NW
SUITE F
GRAND RAPIDS MI 49544-9112


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
PO BOX 7346
PHILADELPHIA PA 19101-7346


MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48918


MICHIGAN GAS UTLILITIES
742 EAST ALLEGAN STREET
OTSEGO MI 49078


MICHIGAN UNEMPLOYMENT AGENCY
3024 W. GRAND BLVD, SUITE 11-5
DETROIT MI 48202


NET EXPRESS INC.
1872 STAR BATT DRIVE
ROCHESTER MI 48309


OTIS ELEVATOR
1300 SOUTH EIGTH STREET
KALAMAZOO MI 49009


SCOTT KAISER AND KATHY COLBERT
2444 109TH AVENUE
ALLEGAN MI 49010


SHOPPERS GUIDE
117 NORTH FARMER STREET
OTSEGO MI 49078
```

```
TJ & D, LLC
C/O TOMMY HARMON
10151 PINE LAKE RD.
DELTON MI 49046-9448


TOMMY J HARMON
10151 PINE LAKE ROAD
DELTON MI 49046-9448
```

08/17

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:                                                    Case No. _____

            **Monarch Health LLC**                       Chapter 7

            Debtor(s).
_____ /

### ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| Medical Equipment | Yes | Nulty Insurance Agency 354 W. Allegan Otsego, 49078 | unsure | no |
| Office furniture and equipment | Yes | same as above | unsure | no |
|  |  |  |  |  |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐   No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **June 18, 2019**                              _____
                                                                                    Tommy John Harmon
                                                                                      Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors